James KISSEE, Plaintiff–Appellant,

v.

UNITED FOOD & COMMERCIAL WORKERS UNION, Defendant–Appellee.

No. 02–1632.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 19, 2002.

James Kissee, Appellant Pro Se. James J. Vergara, Jr., Vergara & Associates, Hopewell, Virginia; Mark H. Reynolds, Butsavage & Associates, P.C., Washington, D.C., for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

James Kissee appeals the district court's order denying relief on his employment discrimination action under 42 U.S.C. § 2000e–2(c) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Kissee v. United Food & Commercial Workers Union,* No. CA–01–58–4 (W.D.Va. May 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*